

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-26-2002

# USA v. Chew

Precedential or Non-Precedential:

Docket 0-2229

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"USA v. Chew" (2002). *2002 Decisions*. Paper 201.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/201

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

NO. 00-2229
_____

UNITED STATES OF AMERICA

v.

CARLTON CHEW,

                    Appellant.
_____

On Appeal From the United States District Court
For the Eastern District of Pennsylvania
(D.C. Crim. No. 92-cr-00336-01)
District Judge:  Marvin Katz
_____

Submitted Under Third Circuit LAR 34.1(a)
June 7, 2001

Before: MANSMANN, RENDELL and ALDISERT, Circuit Judges.

ORDER AMENDING SLIP OPINION

     The Opinion that was filed on March 25, 2002 in this case is amended so that the
quorum reflects the untimely death of Judge Carol Los Mansmann.
                    By the Court:

                         /s/ Ruggero J. Aldisert
                    Circuit Judge

Dated: 26 March 2002